# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DEJUAN L. MARTIN, )
)
    Plaintiff, )
)    **Case No. 3:25-cv-550**
v. )    **Judge Aleta A. Trauger**
)
ALLY BANK, )
)
    Defendant. )
)

## ORDER

On February 23, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The defendant's Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge